UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | LA CV17-07197 JAK (Ex) | Date | December 18, 2017 |
| Title | Bruce W. Crawford v. Wells Fargo and Company, et all. | | |

| | |
|---|---|
| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
| Andrea Keifer | Alex Joko |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Cory A. Baskin | Gregg A. Fisch |

**Proceedings:** **PLAINTIFF'S MOTION TO REMAND (DKT. 15)**

**SCHEDULING CONFERENCE**

The motion hearing is held. The Court states its tentative views that it is inclined to deny Plaintiff's Motion to Remand (the "Motion") without prejudice to it being re-filed after the completion of limited discovery. Counsel address the Court. On or before January 5, 2018, counsel shall produce any documents that are pertinent to the issue of whether Wells Fargo & Company is a "sham" defendant and/or whether it had any involvement in the matters at issue in this action. Counsel shall meet and confer regarding the scope of the depositions of Jamie LaManna, Erica Tejeda and Armen Kesian and complete those depositions on or before January 19, 2018. Plaintiff shall file a supplemental brief, not to exceed 8 pages, with respect to the document production and depositions no later than January 29, 2018. Defendant shall file any responsive brief, not to exceed 8 pages, by February 5, 2018. Upon receipt of the parties' submissions, the Motion will be taken UNDER SUBMISSION and a ruling will be issued.

The scheduling conference is not held. The Court will determine whether to set dates upon the issuance of the final ruling on the Motion.

**IT IS SO ORDERED.**

| | : | 44 |
|---|---|---|
| Initials of Preparer | ak | |